# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

## INITIAL APPEARANCE CALENDAR

1) Magistrate Case Number: __07-1123M__

2) Defendant's Name: __Dozortsev__  __Nikolai__  _____
   (Last)          (First)          (M.I.)

3) Age: _____

4) Title: __18__  Section(s): __956__

5) Citizen of: _____  Needs: _____ Interpreter

6) Arrest Warrant Issued: __10/12/07__  Date and time of arrest: __10/13/07__

(Items 1-6 to be completed by AUSA/Arresting Officer)

7) Removal Proceeding: ___Yes ___No   Other District: _____

8) Name of Interpreter used today: _____  Language: _____

9) Arraignment on complaint held: __X__ Yes ___ No   Date/Time: __10/15/07__

10) Detention Hearing Held: ____ Bail set at: __$1.8 million__ ROR Entered: ____ POD Entered: ____
    - home detention w/ electronic monitoring

11) Temporary Order of Detention Entered: ____  Bail Hearing set for: _____

12) (a) Preliminary Hearing set for: _____; or waived: __✓__

    (b) Removal Hearing set for: _____; or waived: _____

    (c) Status Conference set for: _____

13) ASSISTANT U.S. ATTORNEY: __Steven Tiscione__

14) DEFENSE COUNSEL'S NAME: __Robert Wolf__
    Address: _____
    Bar Code: _____  CJA: ____ FDNY: ____ RET: __X__
    Telephone Number: (    )_____

15) LOG #: __(3:52 - 4:14)__  MAG. JUDGE: __Gold__

16) __✓__ Defendant was advised of bond conditions by the Court and signed the bond.
    __✓__ Surety(ies) were sworn and advised of bond obligations by the Court and signed the bond.
    ____ Additional surety(ies) to co-sign bond by _____

Other Comments/Rulings: _____
_____
_____

17) Complaint/Affidavit/Indictment unsealed: ___Yes ___No

SO ORDERED ON THIS _____ DAY OF _____, 20__

_____
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

## INITIAL APPEARANCE CALENDAR

1) Magistrate Case Number: __**07-1123M**__

2) Defendant's Name: __**Dozortsev**__  __**Arthur**__  _____
   (Last)  (First)  (M.I.)

3) Age: _____

4) Title: __18__   Section(s): __1956__

5) Citizen of: _____   Needs: _____ Interpreter

6) Arrest Warrant Issued: __10/12/07__   Date and time of arrest: __10/13/07__

(Items 1-6 to be completed by AUSA/Arresting Officer)

7) Removal Proceeding: ___Yes ___No   Other District: _____

8) Name of Interpreter used today: _____   Language: _____

9) Arraignment on complaint held: __X__ Yes ___No   Date/Time: __10/15/07__

10) Detention Hearing Held: ___   Bail set at: __$1 million__   ROR Entered: ___ POD Entered: ___

11) Temporary Order of Detention Entered: ___   Bail Hearing set for: _____

12) (a) Preliminary Hearing set for: _____ ; or waived: __✓__

    (b) Removal Hearing set for: _____ ; or waived: _____

    (c) Status Conference set for: _____

13) ASSISTANT U.S. ATTORNEY: __**Steven Tiscione**__

14) DEFENSE COUNSEL'S NAME: __**Robert Wolf**__ (for arraignment only)
    Address: _____
    Bar Code: _____   CJA: ___ FDNY: ___ RET: __X__
    Telephone Number: (   ) _____

15) LOG #: __(3:52 - 4:14)__   MAG. JUDGE: __**Gold**__

16) __✓__ Defendant was advised of bond conditions by the Court and signed the bond.
    __✓__ Surety(ies) were sworn and advised of bond obligations by the Court and signed the bond.
    ___ Additional surety(ies) to co-sign bond by _____

Other Comments/Rulings: __Deft to retain counsel at arraignment as soon as possible.__

17) Complaint/Affidavit/Indictment unsealed: ___Yes ___No

SO ORDERED ON THIS _____ DAY OF _____, 20__

_____
UNITED STATES MAGISTRATE JUDGE