UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

                         Complaint No.: M 07-1123

         -against-                **AFFIDAVIT**

ARTHUR DOZORTSEV, ET AL.,

                 Defendants.

-----------------------------------------------------------------X

I, Eugene Dozortsev, being over the age of eighteen years, not being a party to this action and being duly sworn, depose and state under the penalties of perjury that:

1.     I am a surety to the $1,000,000.00 (one million) Personal Recognizance Bond ("PRB") posted for Defendant Arthur Dozortsev in this case.

2.     On October 15, 2007, I signed the bond, and was informed that Mr. Dozortsev's PRB was secured by premises owned by Mr. Arthur Dozortsev, located at 444 West 19th Street, #304, New York, New York 10011, with an equity of approximately $1,000.000.00 (one million).

3.     I have been advised that, on November 14, 2007, the Court modified this condition. Mr. Dozortsev's **PRB** is no longer secured by Mr. Dozortsev's premises, but rather by premises owned by Mr. Alexander Bromberg, located at 2251 East 65th Street, Brooklyn, New York 11234, with an equity of approximately $600,000.00 (six hundred thousand) to $700,000.00 (seven hundred thousand).

4.     I understand that the equity of Mr. Bromberg's premises is less than the equity of Mr. Dosortsev's premises.

5.      I consent to this modification.

Dated: New York, New York
       November 14th, 2007

Sworn to before me this
14 day of November 2007

_____
Notary Public

STEVEN FROMM
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01FR6181770
QUALIFIED IN KINGS COUNTY
MY COMMISSION EXPIRES NOV. 30, 2010

EUGENE DOZORTSEV