**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ APR 13 2009 ★

BROOKLYN OFFICE

CLERK OF U.S.
EASTERN DIS[TRICT]
225 CADMAN PLAZA EAST
BROOKLYN, NY 11201

OFFICIAL BUSINESS



$02.36⁰
US POSTAGE